UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20572-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC CUNNINGHAM,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR RECOMMENDATION FOR DRUG TREATMENT PROGRAM

THIS CAUSE comes before the Court upon Defendant's Motion for Recommendation for the 500 Hour Drug Treatment Program, filed May 4, 2009 (D.E. #73).

In the instant Motion, the Defendant asks this Court to recommend that the Defendant participate in the Bureau of Prison's 500 Hour Drug Treatment Program (D.E. #73). After a careful review of the record and the Court being otherwise fully advised, the Court determines that this is a reasonable request. Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Defendant's Motion for Recommendation for the 500 Hour Drug Treatment Program **(D.E. #73)** be, and the same is hereby, **GRANTED.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal

Justice Building and United States Courthouse, Miami, Florida this 5th day of

May, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   **United States Probation Office**

**_Counsel for the Government_**
**Alejandro Oscar Soto**
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

**_Counsel for the Defendant_**
**Alvin E. Entin**
Entin & Della Fera
110 S.E. 6th Street
Suite 1970, Auto Nation Tower
Fort Lauderdale, FL 33301